# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

October 19, 2022

TO COUNSEL OF RECORD

    RE:   *USA v. Adolph Scott*  
            Criminal No. RDB-21-0324

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**        December 19, 2022  at 2:30 p.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                      Sincerely,

                        /s/

                      Richard D. Bennett  
                      United States District Judge

RDB/klf#